# United States District Court

## WESTERN DISTRICT OF WASHINGTON

RONA HAWKES

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5505FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred as described in the report;

and the matter is therefore **REMANDED** to the administration for further consideration as directed in the report.

_____May 29, 2007_____
Date

_____BRUCE RIFKIN_____
Clerk

_____s/Caroline M. Gonzalez_____
Deputy Clerk